UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**MEMO ENDORSED**

TARSHEEN LOVETT,

Plaintiff,

vs.

Civil Action No.:
1:25-CV-09549-GS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------------X

## PLAINTIFF'S REPONSE TO ORDER TO SHOW CAUSE AND *NUNC PRO TUNC* MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension, *nunc pro tunc*, to file his brief to April 22, 2026.

Plaintiff's brief was due on February 13, 2026. However, due to a calendaring error the brief was not timely prepared or filed and it did not come to the attention of counsel until this Court issued an Order to Show Cause on March 20, 2026.

Counsel for Plaintiff has contacted Defendant who kindly consents to this motion. The undersigned apologizes to the Court and opposing counsel for this oversight. No further extensions for filing the opening brief will be requested by undersigned counsel absent compelling circumstances.

Dated: March 23, 2026

Respectfully Submitted,

By:   /s/ Louis R. Burko
      LOUIS R. BURKO
      Severance, Burko, Spalter, Masone, P.C.
      16 Court Street, Suite 2400
      Brooklyn, NY 11241
      (718)-624-2300

Fax (718)-522-3766
Louis_Burko@sbscomplaw.com

Application granted. Plaintiff shall file her brief by no later than April 22, 2026. The Court will be disinclined to grant further extensions absent a showing of extraordinary circumstances.  SO ORDERED.

Date:    March 25, 2026

*Gary Stein*

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TARSHEEN LOVETT,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

Civil Action No.:
1:25-CV-09549-GS

## **ORDER**

AND, NOW, this ___ day of March, 2026, Plaintiff's motion is GRANTED. Plaintiff's opening motion and brief are due April 22, 2026. Defendant's brief is due June 22, 2026 and Plaintiff's reply, if any, is due July 6, 2026.

_____